# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TAFIKO SALU**, | Case No. 3:21-cv-01387-AR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MULTNOMAH COUNTY**, | |
| Defendant. | |

Based on the Court's Order, ECF 70, adopting Judge Armistead's Findings and

Recommendation, ECF 68, **IT IS ADJUDGED** that this action is DISMISSED with prejudice.

DATED this 10th day of February, 2025.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge